JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BARRY TONEMAN and KELLY KRISTENE TONEMAN,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR BEAR STEARNS ASSET BACKED SECURITIES TRUST 2004-AC7; ASSET BACKED CERTIFICATES, SERIES 2004-AC7 AMERICA'S SERVICING COMPANY WELLS FARGO BANK, N.A.; ALL PERSONS UNKNOWN CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD ON PLAINTIFF'S TITLE THERETO; AND DOES 1-10,<br><br>Defendants. | CASE NO. CV 12-09369 MMM (MRWx)<br><br>JUDGMENT FOR DEFENDANTS |

On October 21, 2013, the court entered an order granting defendants' motion to dismiss. Accordingly,

IT IS ORDERED AND ADJUDGED

1. That plaintiffs take nothing by way of their complaint; and

2. That the action be, and it hereby is, dismissed.

DATED: October 21, 2013

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

2